UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DOUG WALKER, and | ) | Case No. 11-52059-659 |
| CARMEN WALKER, | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| SAILOR MUSIC, et. al., | ) | **Adversary No. 12-4013-659** |
| | ) | |
| | ) | **PUBLISHED** |
| Plaintiffs, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| DOUG WALKER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The matter before the Court is Complaint to Determine Dischargeability of Debt. For the reasons set forth in the Court's Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested in Plaintiffs' Complaint to Determine Dischargeability of Debt is **GRANTED IN PART** and judgment is entered in favor of Plaintiffs Sailor Music, Controversy Music, Innocent Bystander, Write Treatage Music, Universal-Polygram International Publishing, Inc. and Hideout Records and Distributors, Inc. (Gear Publishing Division) and against Debtor Doug Walker in that the debt owed in the total amount of $41,231.90 is **NOT**

**DISCHARGEABLE** in this Bankruptcy Case pursuant to 11 U.S.C. §523(a)(6); and

**IT IS FURTHER ORDERED THAT** Plaintiffs' request for costs is **DENIED**; and this is the final judgment and Order of this Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: April 18, 2014
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Spencer P. Desai
Desai Eggmann Mason LLC
Pierre Laclede Center
7733 Forsyth Boulevard, Suite 2075
St. Louis, MO 63105

Thomas H. Riske
Desai Eggmann Mason LLC
7733 Forsyth Blvd., Suite 2075
Clayton, MO 63105

Controversy Music
231 S. Bemiston, Ste 1220
Clayton, MO 63105

Write Treatage Music
231 S. Bemiston, Ste 1220
Clayton, MO 63105

Hideout Records and Distributors, Inc.
(Gear Publishing Division)
c/o Stephen C. Hiotis
231 S. Bemiston, Ste. 1220
Clayton, MO 63105

Sailor Music
231 S. Bemiston, Ste 1220
Clayton, MO 63105

Rachel A Jeep
Copeland Thompson Farris PC
231 S. Bemiston
Suite 1220
Clayton, MO 63105

Danielle A. Suberi
Desai Eggmann Mason LLC
7733 Forsyth Blvd.
Suite 2075
Saint Louis, MO 63139

Innocent Bystander
231 S. Bemiston, Ste 1220
Clayton, MO 63105

Universal Polygram International Publishing, Inc.
231 S. Bemiston, Ste 1220
Clayton, MO 63105

Doug Walker
P.O. Box 129
Imperial, MO 63052